# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| **GLORIA JEAN BURNS,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | No. 3:14-cv-01817 |
| **v.** ) | |
| ) | Judge Sharp |
| **SOCIAL SECURITY** ) | Magistrate Judge Bryant |
| **ADMINISTRATION,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

Plaintiff Gloria Jean Burns filed this action pursuant to 42 U.S.C. §§ 405(g) and 1383(c). She seeks review of the final decision of the Social Security Administration ("SSA") denying her disability insurance benefits and supplemental social security income, as provided for under Titles II and XVI of the Social Security Act. Plaintiff filed a Motion for Judgment on the Administrative Record (Docket No. 12), to which the SSA has responded in opposition (Docket No. 15), and Plaintiff has replied (Docket No. 16).

Magistrate Judge Bryant has issued a Report and Recommendation ("R & R") (Docket No. 17) in which he recommends that Plaintiff's Motion be granted, the decision of the SSA be reversed, and this matter be remanded for further administrative proceedings. Despite being advised that any objection needed to be filed within fourteen days, the SSA has filed none.

Having considered the matter de novo as required by Rule 72 of the Federal Rules of Civil Procedure, the Court agrees with the recommended disposition. Accordingly, the Court hereby rules as follows:

(1) The Report and Recommendation (Docket No. 17) is ACCEPTED and APPROVED;

(2) Plaintiff's Motion for Judgment on the Administrative Record (Docket No. 12) is GRANTED;

(3) The decision of the SSA is REVERSED; and

(4) This matter is REMANDED for further administrative proceedings consistent with this decision, including rehearing.

The Clerk of the Court shall enter a final judgment in accordance with Rule 58 of the Federal Rules of Civil Procedure.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE